# CHARLESTON.

JOHNSON *et al:* v. MINEAR.

Submitted September 13, 1894—Decided December 18, 1894.

A. B. PARSONS for appellant.

LIPSCOMB & LIPSCOMB for appellees.

BRANNON, PRESIDENT:

Johnson and Phillips brought a chancery suit in the Circuit Court of Tucker county against Minear to set aside two tax deeds for lands sold for taxes November 12, 1889, and they were set aside, and Minear took this appeal.

For reasons given in the case of *Phillips* v. *Minear*, decided this term, see 40 W. Va. 58, the decree appealed from is affirmed.